# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TEAM SYSTEMS INTERNATIONAL, LLC, | : | Chapter 7 |
| | : | |
| | : | Bankr. No. 22-10066-CTG |
| Debtor. | : | |
| _____ | : | Adv. Proc. No. 23-50004-CTG |
| | : | |
| ADDY ROAD, LLC, JOHN S. MACIOROWSKI, AND DEBORAH EVANS MOTT, | : | |
| | : | |
| | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civ. No. 26-179-GBW |
| | : | |
| GEORGE MILLER, solely in his capacity as the Chapter 7 Trustee of the estate of TEAM SYSTEMS INTERNATIONAL, LLC, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appellee. | : | |

## <u>NOTICE OF APPEAL</u>

**TO:** Clerk of the Court
United States District Court
For the District of Delaware
Federal Building
844 King Street
Wilmington, Delaware 19801

David W. Carickhoff, Jr., Esquire
Bryan James Hall, Esquire
Chipman Brown Cicero & Cole, LLP
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801

**PLEASE TAKE NOTICE** that Appellants Addy Road, LLC, John S. Maciorwoski, and Deborah Evans Mott, by and through their attorneys, Randy M. Mott and John S. Malik, hereby appeal to the United States Court of Appeals for the Third Circuit from the Judgment Order (D.I. No. 14), of the Honorable Gregory B. Williams of the United States District Court for the District of Delaware dated March 16, 2026.

Respectfully submitted,

/s/ Randy M. Mott
DC Bar 211037
1629 K St. N.W. Suite 300
Washington, DC 20006
Phone: 703-258-4097
E-mail:  randymott@rmottlaw.com


/s/ John S. Malik
JOHN S. MALIK
DE Bar No. 2320
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
E-mail:  jmalik@malik-law.com

Attorneys for Appellants,
 Addy Road, LLC, John S.
 Maciorowski, and Deborah
 Evans Mott

Dated:  March 23, 2026

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TEAM SYSTEMS INTERNATIONAL, LLC, | : | Chapter 7 |
| | : | |
| | : | Bankr. No. 22-10066-CTG |
| Debtor. | : | |
| | : | Adv. Proc. No. 23-50004-CTG |
| _____ | : | |
| | : | |
| ADDY ROAD, LLC, JOHN S. MACIOROWSKI, AND DEBORAH EVANS MOTT, | : | |
| | : | |
| | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | Civ. No. 26-179-GBW |
| | : | |
| GEORGE MILLER, solely in his capacity as the Chapter 7 Trustee of the estate of TEAM SYSTEMS INTERNATIONAL, LLC, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Appellee. | : | |

## CERTIFICATE OF SERVICE

I, John S. Malik, do hereby certify that on this 23rd day of March, A.D., 2026, I have had the Notice of Appeal of Appellants Addy Road, LLC, John S. Maciorwoski, and Deborah Evans Mott electronically served upon the following individual(s) at the following address(es):

> David W. Carickhoff, Jr., Esquire
> Bryan James Hall, Esquire
> Chipman Brown Cicero & Cole, LLP
> 1313 North Market Street
> Suite 5400
> Wilmington, Delaware 19801

> /s/ John S. Malik
> JOHN S. MALIK
> 100 East 14th Street
> Wilmington, Delaware 19801
> (302) 427-2247
> Attorney for Appellants